## W. GOULD, BANKS AND S. GOULD *against* OGDEN.

Where a question of law arises before referees, which is brought before the supreme court, and decided; they will order a special entry on the record, so as to present the same question to the court of errors.

ASSUMPSIT for goods sold, &c. with the other common counts. Plea, non-assumpsit, with other pleas, and a notice of set off.

The cause was referred on the defendant's motion ; and the question before the referees was, whether certain payments made by the defendant to, and receipted by *S. Gould,* should be applied to the demand in favor of the plaintiffs. The referees allowed the payment; and reported only $3,70 in favor of the plaintiffs. The report was signed *Nov.* 20*th*, 1823 ; and being filed, notice was given of a motion to set it aside on the merits, at *February* term, 1824. In *February* term, 1825, the motion was denied. The defendant, on the 29*th* of *April* last, gave notice of taxing his costs.

The motion to set aside the report was founded on the sole affidavit of the counsel for the plaintiffs : and

*J. Hoyt* now moved that the defendant be required to incorporate that affidavit in his judgment record; so as to enable the plaintiffs to bring error upon the decision of the referees; and cited *Reid* v. *The Rensselaer Glass Factory,* (3 *Cowen,* 387.)

*J. Platt,* contra.

*Curia.*    Take a similar rule to the one granted in *Reid* v. *The Rensselaer Glass Factory,* (3 *Cowen,* 389.) (*a*)

Rule accordingly.

(*a*) Vid. S. C. on error, 5 *Cowen,* 587; where the practice adopted by the supreme court was sanctioned.